IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN BARAJAS,

    Plaintiff,                           No. CIV S-09-2408 MCE EFB

    vs.

UNION PACIFIC RAILROAD COMPANY;
SOUTHERN PACIFIC RAILROAD
COMPANY; BNSF RAILWAY COMPANY;
and DOES 1 through 50, inclusive,

    Defendants.                     <u>ORDER</u>

       On November 10, 2010, the court heard defendant BNSF Railway Company's motion to compel plaintiff's deposition, which was joined by defendant Union Pacific Railroad Company. Dckt. Nos. 15, 17. Attorney Eduardo Gonzalez appeared at the hearing on behalf of plaintiff; attorney Julia Gahagan appeared on behalf of BNSF Railway Company; and attorney William Pohle appeared on behalf of Union Pacific Railroad Company.

       For the reasons stated on the record, the motion to compel plaintiff's deposition, Dckt. No. 15, is granted in part and denied in part. Plaintiff's counsel shall work with defense counsel to coordinate a tele-conference (and preferably video tele-conference) deposition to be taken of plaintiff in or near Tijuana, Mexico. Within thirty days from the date of this order, plaintiff's counsel shall submit a proposed order to the court indicating the date the deposition will occur,

1 the location of the deposition, and whether the deposition will be taken via video-conference or
2 telephone conference.  Additionally, if plaintiff is able to return to California at a later point in
3 this case, defendants will be permitted to depose plaintiff in person at that time.
4     SO ORDERED.
5 Dated:  November 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2