ADRIAN L. RANDOLPH, ESQ.  (CSBN:  133577)
**JOHN D. FEENEY, ESQ. (CSBN:  84373)**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
10031 Foothills Boulevard, Suite 200
Roseville, CA  95747
General:	916-789-6400
**Direct:	916-789-6223**
Fax:	916-789-6227

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY, as
Successor-in-Interest to Southern Pacific
Transportation Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BENJAMIN BARAJAS,<br><br>       Plaintiff,<br><br>   vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation, and DOES 1 through 20, Inclusive,<br><br>       Defendant(s). | Case No.:  2:09-CV-02408-MCE-EFB<br><br>**AMENDED STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT UNION PACIFIC RAILROAD COMPANY** |
|---|---|

     Plaintiff has determined that Defendant Union Pacific Railroad Company did not own, operate, manage or maintain the subject premises nor own, operate or maintain the subject train involved in the subject accident.  For that reason, Plaintiff agrees to dismiss Union Pacific Railroad Company from this action.

     IT IS HEREBY STIPULATED by and between the parties acting through their respective counsel as undersigned, that Defendant UNION PACIFIC RAILROAD

////

////

////

1  COMPANY, only, be dismissed with prejudice and that each party shall bear his own
2  costs and attorneys' fees.

3  DATED:  December___, 2010         DAVID ALLEN & ASSOCIATES

4
5                                    By:_____/s/_____
                                          EDUARDO GONZALEZ
6                                         Attorneys for Plaintiff

7  DATED:  December ___, 2010        UNION PACIFIC RAILROAD COMPANY

8                                    By:_____/s/_____
                                          JOHN D. FEENEY
9                                         Attorneys for Defendant
                                          UNION PACIFIC RAILROAD COMPANY, as
10                                        Successor-In-Interest to Southern Pacific
                                          Transportation Company
11

12 DATED:  December ___, 2010         FLESHER, BROOMAND LLP
13
                                     By:_____/s/_____
14                                        JACOB D. FLESHER, ESQ.
                                          Attorneys for BNSF RAILWAY COMPANY
15

16                                   **ORDER**

17     The Court having reviewed the Stipulation for Dismissal With Prejudice Of
18 Defendant UNION PACIFIC RAILROAD COMPANY and good cause appearing therefor,
19     IT IS HEREBY ORDERED that Defendant UNION PACIFIC RAILROAD COMPANY
20 be dismissed with prejudice from the above-entitled action.
21     IT IS SO ORDERED.
22 Dated:  December 9, 2010

                                     _____
                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE