EDUARDO A. GONZALEZ, Esq., SBN123929
**DAVID ALLEN & ASSOCIATES**
7400 Shoreline Drive, Suite 1
Stockton, CA 95219
Telephone: (209) 473-4800
Facsimile: (209) 478-5443

Attorneys for Plaintiff
BENJAMIN BARAJAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN BARAJAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY; SOUTHERN PACIFIC RAILROAD COMPANY; BNSF RAILWAY COMPANY; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants.<br>_____/ | Case No. 2:09-CV-02408-MCE-EFB<br><br>**ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE BASED ON STIPULATION OF THE PARTIES**<br><br>**HONORABLE CHIEF DISTRICT JUDGE, MORRISON C. ENGLAND, JR.** |

**ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE**

The Court, having considered the Stipulation of Plaintiff BENJAMIN BARAJAS and the sole remaining defendant, BNSF RAILWAY COMPANY for dismissal with prejudice and

///

///

///

///

///

with each side to bear their own costs, and good cause appearing, IT IS HEREBY ORDERED that the action herein, Case No. 2:09-CV-02408-MCE-EFB be and is dismissed. (ECF No. 35.)

IT SO ORDERED.

Dated:   February 15, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE