1 | EDUARDO A. GONZALEZ, Esq., SBN123929
**DAVID ALLEN & ASSOCIATES**
2 | 7400 Shoreline Drive, Suite 1
Stockton, CA  95219
3 | Telephone:    (209) 473-4800
Facsimile:    (209) 478-5443
4 |
Attorneys for Plaintiff
5 | BENJAMIN BARAJAS

6 |

7 |

8 |                    UNITED STATES DISTRICT COURT

9 |                    EASTERN DISTRICT OF CALIFORNIA

10 |

11 | BENJAMIN BARAJAS,                         Case No. 2:09-CV-02408-MCE-EFB

          Plaintiff,                      **ORDER FOR DISMISSAL OF THE**
12 |                                        **ACTION WITH PREJUDICE BASED ON**
       vs.                                **STIPULATION OF THE PARTIES**
13 |
UNION   PACIFIC   RAILROAD                **HONORABLE CHIEF DISTRICT JUDGE,**
14 | COMPANY;   SOUTHERN   PACIFIC          **MORRISON C. ENGLAND, JR.**
RAILROAD   COMPANY;   BNSF
15 | RAILWAY COMPANY; and DOES 1 to
50, inclusive,
16 |
          Defendants.
17 | _____/

18 |
                **ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE**
19 |
The Court, having considered the Stipulation of Plaintiff BENJAMIN BARAJAS and the
20 |
sole remaining defendant, BNSF RAILWAY COMPANY for dismissal with prejudice and
21 |
///
22 |
///
23 |
///
24 |
///
25 |
///
26 |

1   with each side to bear their own costs, and good cause appearing, IT IS HEREBY

2   ORDERED that the action herein, Case No. 2:09-CV-02408-MCE-EFB be and is

3   dismissed.  (ECF No. 35.)

4         IT SO ORDERED.

5   Dated:    February 15, 2013

6

7   _____

8   MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26